UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALAVERA HAIR PRODUCTS, INC., <br><br>Plaintiff, <br><br>v. <br><br>TAIZHOU YUNSUNG ELECTRICAL APPLIANCE CO., LTD, et al, <br><br>Defendants. | Case No.: 18-CV-823-JLS (JLB) <br><br>**ORDER GRANTING MOTION AUTHORIZING ALTERNATIVE SERVICE ON DEFENDANTS** <br><br>(ECF No. 18) |

Presently before the Court is Plaintiff Talavera Hair Products, Inc.'s Ex Parte Application for Order Authorizing Alternative Service on Defendants, ("MTN," ECF No. 18). Plaintiff requests an order authorizing alternate service of process on Defendants via email and website publication.

Pursuant to the Federal Rules of Civil Procedure, an individual or corporation "may be served at a place not within any judicial district of the United States . . . by other means not prohibited by international agreement, as the court orders." Fed. R. Civ. P. 4(f)(3), (g). Service under Rule 4(f)(3) must be directed by the court, not prohibited by international agreement, and comport with constitutional notions of due process. *Rio Props., Inc. v. Rio Int'l Interlink*, 284 F.3d 1007, 1014–16 (9th Cir. 2002). It is within the Court's discretion "to craft alternate means of service." *Id.* at 1016.

Plaintiff states service by email and website publication is not prohibited by international agreement. (MTN 13.) This is because Plaintiff is unaware of the foreign physical addresses of the Seller ID Defendants. Plaintiff is aware of the foreign address of Defendant Taizhou but states that it is not required to attempt service by other methods before service by email. (*Id.* at 15 (citing *Rio Props.*, 284 F.3d at 1014).) Further, Plaintiff is aware of the physical address of a few Defendants but states that service by email is "reasonably calculated to give actual notice" to the parties. Cal. Civil Code § 412.30; *see Facebook, Inc. v. Banana Ads, LLC*, No. C-11-3619 YGR, 2012 WL 1038752, at *9 (N.D. Cal. Mar. 27, 2012) (holding service by email is "'reasonably calculated to give actual notice' to the Domestic Defendants. The Domestic Defendants, like the Foreign Defendants, are all engaged in internet-based commercial activities and rely on email as a means of communication").

Good cause appearing, the Court **GRANTS** Plaintiff's Ex Parte Motion and **AUTHORIZES** alternate service of process on Defendants via email and website publication. The email message **SHALL NOTIFY** each Defendant that a suit has been filed against it in the United States District Court for the Southern District of California, along with a link to the website www.federallawsuitnotice.com. Further, to the extent Plaintiff is in possession of any physical addresses of any of the Defendants, it **SHALL** also serve those defendants by mail.

**IT IS SO ORDERED.**

Dated: May 24, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge