| | |
|---|---|
| 1 | Darren J. Quinn (149679) |
| 2 | LAW OFFICES OF DARREN J. QUINN<br>12702 Via Cortina, Suite 105<br>Del Mar, CA 92014 |
| 3 | Tel: (858) 509-9401 |
| 4 | Jonah A. Grossbardt (283584) |
| 5 | SCHNEIDER ROTHMAN INTELLECTUAL<br>PROPERTY LAW GROUP PLLC |
| 6 | 1801 Century Park E, Suite 1100<br>Los Angeles, CA 90067-2313<br>Tel: (323) 364-6565 |

*Attorneys for Plaintiff Talavera Hair Products, Inc.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALAVERA HAIR PRODUCTS, INC., a Nevada corporation,<br><br>       Plaintiff,<br><br>  v.<br><br>TAIZHOU YUNSUNG ELECTRICAL APPLIANCE CO., LTD., a business entity, and THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON EXHIBIT "1",<br><br>       Defendants. | CASE NO. **18-cv-00823-JLS-JLB**<br><br>**FIRST SUPPLEMENT TO EXHIBIT 1 OF THE COMPLAINT**<br><br>Date:     TBA<br>Time:     TBA<br>Judge:    Janis L. Sammartino |

---

**FIRST SUPPLEMENT TO EXHIBIT 1 OF THE COMPLAINT**

Pursuant to Fed. R. Civ. Proc. 15(a) and (d) and this court's order [ECF 34 (Order Re: Defendants 50-74)], plaintiff files the attached **First Supplement To Exhibit 1 of The Complaint** that supplements and replaces the original Exhibit 1 to the Complaint [ECF 1-3 (original Ex. 1)].

The defendant Seller ID names for Defendants Nos. 50-74 were left blank on the original Exhibit 1 to the Complaint [ECF 1-3 (original Ex. 1)] because the Seller IDs were unknown.

This court issued an order that provides, in part: "If and when Amazon supplies Plaintiff with the Seller IDs associated with Defendants Nos. 50–74, Plaintiff SHALL file notices with the Court that list these Defendants and their respective Seller IDs." [ECF 34 (Order Re: Defendants 50-74), at 5:11-14].

On September 13, 2018, Amazon provided certain Seller ID names that correspond to ASIN (Amazon Standard Identification Number) references for the original Defendant Nos. 50-74 [ECF 1-3 (original Ex. 1)].

Some Seller ID names provided by Amazon for ASINs listed for the original Defendant Nos. 50-74 [ECF 1-3 (original Ex. 1)] corresponded to existing Defendants 1-49. To avoid listing duplicate defendant names, the attached **First Supplement To Exhibit 1 Of The Complaint** added the appropriate ASIN references to the appropriate existing Defendants 1-49.

Three Seller ID names provided by Amazon did not correspond to existing Defendants 1-49. To avoid gaps, the attached **First Supplement To Exhibit 1 Of The Complaint** adds and renumbers those Seller ID/ASIN references as Defendant Nos. 50-52.

Amazon did not provide any Seller ID names for certain ASINs listed for the original Defendant Nos. 50-74 because there were no product sales associated with those ASINs. The attached **First Supplement To Exhibit 1 Of The Complaint** removes those ASIN references.

After the Complaint was filed on April 30, 2018, new infringing product

ASINs were offered for sale under new Seller IDs on Amazon   The attached **First Supplement To Exhibit 1 Of The Complaint** adds and renumbers these new Seller ID/ASIN references as Defendant Nos. 53-61.

In summary, the changes to the attached **First Supplement To Exhibit 1 of The Complaint** can be generally broken down as follows:

1. With respect to served Seller ID Defendants 1-49 relating to Amazon sellers, **no changes** from the original [ECF 1-3 (original Ex. 1)] except for adding, as appropriate, infringing ASIN references formerly listed for original Defendants 50-74 [ECF 1-3 (original Ex. 1)];

2. With respect to unserved Seller ID Defendants 50-74, **significant changes** from the original [ECF 1-3 (original Ex. 1)].

   a. Defendants 50-61 now identify new Amazon Seller ID names and associated infringing product ASINs.

   b. Defendants 62-74 are now blank.

3. With respect to served Seller ID Defendants 75 - 78 relating to eBay sellers, **no changes**.

Dated: September 17, 2018

        Respectfully submitted,

LAW OFFICES OF DARREN J. QUINN
DARREN J. QUINN

   s/s/ Darren J. Quinn
               Darren J. Quinn

12702 Via Cortina, Suite 105
Del Mar, CA 92014
Tel: (858) 509-9401

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP PLLC
JONAH A. GROSSBARDT
1801 Century Park E, Suite 1100
Los Angeles, CA 90067-2313
Tel: (323) 364-6565

*Attorneys for Plaintiff Talavera Hair Products, Inc.*

**FIRST SUPPLEMENT TO EXHIBIT 1 OF THE COMPLAINT**
-ii-

**PROOF OF SERVICE**

I hereby certify that I electronically filed the following document(s) with the Clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF system:

– **FIRST SUPPLEMENT TO EXHIBIT 1 OF THE COMPLAINT**

Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

Jonah Adam Grossbardt
jonah.grossbardt@sriplaw.com,paralegals@sriplaw.com,jerold.schneider@sriplaw.com,ecf-017658aab6cb@ecf.pacerpro.com,joel.rothman@sriplaw.com,alex.cohen@sriplaw.com

Darren James Quinn
dq@dqlaw.com,dquinn@quinnattorney.com

Manual Notice List

The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

(No manual recipients)

Dated: September 17, 2018             s/s Darren J. Quinn
                                                                                  Darren J. Quinn