Darren J. Quinn (149679)
LAW OFFICES OF DARREN J. QUINN
12702 Via Cortina, Suite 105
Del Mar, CA 92014
Tel: (858) 509-9401

Jonah A. Grossbardt (283584)
SCHNEIDER ROTHMAN INTELLECTUAL
PROPERTY LAW GROUP PLLC
1801 Century Park East, Suite 1100
Los Angeles, CA 90067-2313
Tel: (323) 364-6565

*Attorneys for Plaintiff Talavera Hair Products, Inc.*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALAVERA HAIR PRODUCTS, INC., a Nevada corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TAIZHOU YUNSUNG ELECTRICAL APPLIANCE CO., LTD., a business entity, and THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON EXHIBIT "1",<br><br>　　　　Defendants. | CASE NO. **18-cv-00823-JLS-JLB**<br><br>**SUPPLEMENTAL DECLARATION OF VICTOR TALAVERA IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR ENTRY OF TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

I, VICTOR TALAVERA, declare:

1. I am the President of Plaintiff TALAVERA HAIR PRODUCTS, INC. ("TALAVERA" or Plaintiff). I make this supplemental declaration in support of Plaintiff's *Ex Parte* Application for Entry of Temporary Restraining Order and Preliminary Injunction.

<u>Newly Identified Seller ID Defendants 52-62</u>:

2. In my prior declaration [ECF 9-11], I attached as **Exhibit F** [ECF 9-17] true and correct copies of screenshots of Amazon or eBay listings that correspond to Seller ID Defendants. The pages on **Exhibit F** [ECF 9-17] are numbered 1 - 252.

3. By this supplemental declaration, I now supplement **Exhibit F** to include pages 253 - 351 that correspond to infringing products sold by newly identified Seller ID Defendants 53-61 listed on the First Supplement to Exhibit 1 of the Complaint [ECF 54].

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States. Executed this 17th day of September, 2018.

_____
VICTOR TALAVERA