UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALAVERA HAIR PRODUCTS, INC., a Nevada corporation,<br><br>                                        Plaintiff,<br><br>v.<br><br>TAIZHOU YUNSUNG ELECTRICAL APPLIANCE CO., LTD., a business entity; and THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON EXHIBIT "1",<br><br>                                        Defendants. | Case No.: 18-CV-823 JLS (JLB)<br><br>**ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION WITHOUT ORAL ARGUMENT**<br><br>(ECF No. 111) |

Presently before the Court is Plaintiff Talavera Hair Products, Inc.'s Motion for Default Judgment and/or Summary Judgment Against Defaulted Defendants (ECF No. 111). The Court **VACATES** the hearing set for January 14, 2021, and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: January 7, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1