# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALAVERA HAIR PRODUCTS, INC., <br><br>Plaintiff,<br><br>v.<br><br>TAIZHOU YUNSUNG ELECTRICAL APPLIANCE CO., LTD., et al.,<br><br>Defendants. | Case No.: 18-cv-00823-JLS-JLB<br><br>**ORDER VACATING MOTION HEARING AND TAKING MATTER UNDER SUBMISSION WITHOUT ORAL ARGUMENT**<br><br>**[ECF No. 125]** |

Presently before the Court is Plaintiff's Motion for Monetary and Injunctive Relief Against Defaulted Defendants. (ECF No. 125.) The Court hereby **VACATES** the Motion Hearing scheduled for October 14, 2021, and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: October 8, 2021

Hon. Janis L. Sammartino
United States District Judge