**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

TALAVERA HAIR PRODUCTS, INC.,
Plaintiff,

v.

TAIZHOU YUNSUNG ELECTRICAL APPLIANCE CO., LTD. et al.,
Defendants.

Case No.: 18-cv-00823-RBM-JLB

**FINAL JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFAULTED DEFENDANTS**

On August 6, 2021, the Court granted in part and denied in part Plaintiff Talavera Hair Products, Inc.'s ("Plaintiff") motion for default judgment against the Defaulted Defendants.[1] (Doc. 120 at 32.) The Court's August 6 Order followed the Court's previous

[1] The "Defaulted Defendants" are those against whom Plaintiff secured an entry of default on February 21, 2019, minus those who have since been dismissed, namely: allforyoushopper.usa (3), ANIMON (4), anothercloud (5), Aosend (6), AoStyle (7), AuPolus (8), Beisirui Hair Store (11), Cai ming zhil (12), Ciao Fashion (14), Enjoy&Life (19), Fosen Man (20), Georgy's Store (22), Hairsmile (24), Judi Shop (26), Kosmasl (27), Lanmpu Creative (31), MKLOPED (32), Mokshee Mokshee/Donop (34), MyBeautyCC (35), NewPollar (37), Olungts US (39), Puck Du/SmartGo (40), PUTOS (41), SunNatural/SunNature (44), Turritopsis nutricula (45), Ukliss Beauty (46), Wsduos (47), Yara-Yarn (48), Noledo (51), nantongaotaiguoji Trading Co Ltd (52), Beskol (53),

conclusion that, as a matter of law, the at-issue product packaging and manuals infringed Plaintiff's copyrights and patents. (Doc. 118 at 4–6, 12–13.) The Court then ordered further briefing regarding Plaintiff's request for monetary and injunctive relief. (Doc. 120 at 31.)

Upon consideration of Plaintiff's subsequent motion for monetary and injunctive relief against the Defaulted Defendants (Doc. 125), the Court found that "Plaintiff is entitled to lost profit damages in the amount of $5,278,142.42 from the Defaulted Defendants who sold on Amazon." (Doc. 134 at 13.) The Court further found that "Plaintiff is not entitled to recover lost profit damages from Defaulted Defendant No. 75 (BEAUTYDESIGN) or Defaulted Defendant No. 78 (S*SHOME), given the insufficient evidence of eBay sales that Plaintiff attached to its Motion." (*Id.*) The Court also found "that Plaintiff has met the statutory and equitable requirements for permanent injunctive relief as to the copyright, trademark, and patent violations asserted in the Complaint." (*Id.* at 18.)

Accordingly, it is **ORDERED AND ADJUDGED** that Final Judgment and Permanent Injunctive Relief is hereby entered in favor of Plaintiff, and against the Defaulted Defendants identified in **Exhibit A**, as follows:

**1. Permanent Injunctive Relief**

The Defaulted Defendants and their officers, directors, employees, agents, subsidiaries, and all persons in active concert and participation with any of the Defaulted Defendants are hereby PERMANENTLY RESTRAINED AND ENJOINED FROM:

a. making, manufacturing or causing to be manufactured, importing, using, advertising or promoting, distributing, selling or offering to sell split end hair

---

Chunhet (54), Funny Fala (55), Huixin Economic (56), NeSexy (57), Samantha Bowen (58), Vanylihair (60), YokEnjoy (61), BEAUTYDESIGN (75), and S*SHOME (78). (*See generally* Doc. 111.) The number in parentheses after each Defendant's name is the "Defendant Number." *See id.*

trimmer products (including split end hair trimmer products marked "FASIZ," "HAIR TRIMMER," "UMATE," or "LESCOLTON") that infringe:

i. Patent No. US 6,588,108 issued July 8, 2003 for HAIR TRIMMING DEVICE WITH REMOVABLY MOUNTABLE COMPONENTS FOR REMOVAL OF SPLIT ENDS AND STYLING OF HAIR (the "108 Patent");

ii. Patent No. US 7,040,021 issued May 9, 2006 for HAIR TRIMMING DEVICE WITH REMOVABLY MOUNTABLE COMPONENTS FOR REMOVAL OF SPLIT ENDS AND STYLING OF HAIR (the "021 Patent"); or

iii. Patent No. US 9,587,811 issued May 9, 2006 for HAIR TRIMMING DEVICE (the "811 Patent").

b. reproducing, distributing, or transferring any existing split end hair trimmer packaging marked "FASIZ," "HAIR TRIMMER," "UMATE," or "LESCOLTON" or from infringing any of the exclusive rights in 17 U.S.C. § 106 with respect to Plaintiff's copyrighted packaging or from using Plaintiff's distinctive trade dress packaging on Defaulted Defendants' packaging.

c. reproducing, distributing, or transferring any existing split end hair trimmer manual marked "FASIZ," "HAIR TRIMMER," "UMATE," or "LESCOLTON" or from infringing any of the exclusive rights in 17 U.S.C. § 106 with respect to Plaintiff's copyrighted manual, including reproducing, creating derivative works, displaying, or distributing Plaintiff's manual.

d. using Plaintiff's registered SPLIT-ENDER® trademark or unregistered source identifying names (e.g., TALAVERA) or identifying short phrases (e.g., "SNIPS THE ENDS, NOT THE LENGTH"), including use within website source code, on any webpage (including as the title of any web page), and any other form of use of such terms that are visible to a computer user or

serves to direct computer searches to Internet based e-commerce stores of any of the Defaulted Defendants.

e. effecting assignments or transfers, forming new entities or associations, or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in subparagraphs (a) through (d) above.

**2. Additional Equitable Relief**

a. Pursuant to 17 U.S.C. § 503(b), the Court orders the destruction of all existing split end hair trimmer packaging and manuals (including packaging and manuals marked "FASIZ," "HAIR TRIMMER," "UMATE," or "LESCOLTON") that have been made or used in violation of the Plaintiff's exclusive copyrights under 17 U.S.C. § 106 (and of all masters or other articles by means of which such infringing copies of packaging and manuals may be reproduced) in the possession, custody or control of the Defaulted Defendants and their officers, directors, employees, agents, subsidiaries, and all persons in active concert and participation with any of the Defaulted Defendants.

b. Pursuant to 17 U.S.C. § 503(b), upon Plaintiff's request, any Internet marketplace website operators and/or administrators, including but not limited to Amazon.com, Inc. ("Amazon"), shall permanently cease fulfillment of and sequester all split-end trimmer products of each Defaulted Defendant in its inventory, possession, custody, or control (including infringing split end hair trimmer products provided by any Defaulted Defendant to Amazon pursuant to any "Fulfilled by Amazon" arrangement) and surrender those goods to Plaintiff, along with a report showing inventory changes and balances at least as early as May 15, 2018 (when Amazon was provided with the Court's Temporary Restraining Order) to the date of surrender of those goods to Plaintiff. Unless otherwise agreed between Plaintiff and Amazon, the Court orders that the reasonable disposition pursuant to 17 U.S.C. § 503(b) to Plaintiff of such infringing copies shall be at a single location of Amazon's

choosing in the United States.

c. All funds currently restrained by Amazon Payments, Inc. ("Amazon Payments"), PayPal, Inc. ("PayPal"), and their related companies and affiliates pursuant to the temporary restraining order and preliminary injunction in this action are to be immediately (within 5 business days) transferred to Plaintiff up to the amount of the monetary judgment entered herein. Amazon, PayPal, and their related companies and affiliates shall provide to Plaintiff at the time the funds are released a breakdown reflecting: (i) the total funds restrained in this matter; (ii) the total chargebacks, refunds, and/or transaction reversals deducted from the funds restrained prior to release; and (iii) the total funds released to the Plaintiff.

d. In the event of any violation of the Permanent Injunctive Relief provisions in paragraph 1 above, any Internet marketplace website operators and/or administrators, including but not limited to Amazon, eBay, Shopify, Fruugo, and Alibaba Group, may remove any listing that violates the Permanent Injunctive Relief provisions in paragraph 1 above.

e. Violation of this permanent injunction and additional equitable relief shall expose the Defaulted Defendants, and all others properly bound by it, to all applicable penalties, including for contempt of Court and an award of attorney fees.

**3. Monetary Relief**

For Plaintiff's copyright infringement, trade dress infringement and patent infringement claims, Plaintiff has established its damages measured by Plaintiff's lost profits under 17 U.S.C. § 504(b), 15 U.S.C. § 1117(a) and 35 U.S.C. § 284 in the total amount of $5,278,142.42 (*see* Doc. 134 at 13), as set forth below:

/ / /

/ / /

/ / /

| ***Defendant No.*** | ***Defaulted Defendant Name (Seller ID)*** | ***Damages*** |
|---|---|---|
| 3 | allforyoushopper.usa | $20,167.78 |
| 4 | ANIMON | $214,667.85 |
| 5 | anothercloud | $59,801.19 |
| 6 | Aosend | $12,678.10 |
| 7 & 8 | AoStyle / AuPolus | $1,257,698.10 |
| 11 | Beisirui Hair Store | $251.96 |
| 12 | Cai ming zhil | $61.90 |
| 14 | Ciao Fashion | $1,043.86 |
| 19 | Enjoy&Life | $99,972.60 |
| 20 | Fosen Man | $18,418.95 |
| 22 | Georgy's Store | $19,668.96 |
| 24 | Hairsmile | $20,639.24 |
| 26 | Judi Shop | $34,863.70 |
| 27 | Kosmasl | $72,495.28 |
| 31 | Lanmpu Creative | $6,301.80 |
| 32 | MKLOPED | $67,717.50 |
| 34 | Mokshee Mokshee/Donop | $186,661.10 |
| 35 | MyBeautyCC | $1,525,152.20 |
| 37 | NewPollar | $783,922.56 |
| 39 | Olungts US | $19,718.02 |
| 40 | Puck Du/SmartGo | $199,984.98 |
| 41 | PUTOS | $179.96 |
| 44 | SunNatural/SunNature | $117,296.10 |
| 45 | Turritopsis nutricula | $95.98 |
| 46 | Ukliss Beauty | $58,379.40 |
| 47 | Wsduos | $24,236.24 |
| 48 | Yara-Yarn | $254.55 |

| ***Defendant No.*** | ***Defaulted Defendant Name (Seller ID)*** | ***Damages*** |
|---|---|---|
| 51 | Noledo | $60,474.88 |
| 52 | nantongaotaiguoji Trading Co Ltd | $2,099.26 |
| 53 | Beskol | $10,093.98 |
| 54 | Chunhet | $19,108.92 |
| 55 | Funny Fala | $15,833.64 |
| 56 | Huixin Economic | $10,889.42 |
| 57 | NeSexy | $113,940.66 |
| 58 | Samantha Bowen | $37,229.58 |
| 60 | Vanylihair | $6,544.06 |
| 61 | YokEnjoy | $179,598.16 |
| 75 | BEAUTYDESIGN | Zero ($0) |
| 78 | S*SHOME | Zero ($0) |
| | **TOTAL JUDGMENT** | **$5,278,142.42** |

**4. Continuing Jurisdiction**

The Court retains jurisdiction to enforce this Judgment and the permanent injunction and additional equitable relief therein.

**IT IS SO ORDERED.**

DATE: July 12, 2022

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

**DEFAULTED DEFENDANTS**

| *Defendant No.* | *Seller ID* | *Proof of Service of Summons* | *Default Request* | *Default Entered* |
|---|---|---|---|---|
| 3 | allforyoushopper.usa | Dkt. 25 | Dkt. 63 | Dkt. 65 |
| 4 | ANIMON | Dkt. 25 | Dkt. 63 | Dkt. 65 |
| 5 | anothercloud | Dkt. 25 | Dkt. 63 | Dkt. 65 |
| 6 | Aosend | Dkt. 25 | Dkt. 63 | Dkt. 65 |
| 7 | AoStyle | Dkt. 25 | Dkt. 63 | Dkt. 65 |
| 8 | AuPolus | Dkt. 25 | Dkt. 63 | Dkt. 65 |
| 11 | Beisirui Hair Store | Dkt. 25 | Dkt. 63 | Dkt. 65 |
| 12 | Cai ming zhil | Dkt. 25 | Dkt. 63 | Dkt. 65 |
| 14 | Ciao Fashion | Dkt. 25 | Dkt. 63 | Dkt. 65 |
| 19 | Enjoy&Life | Dkt. 25 | Dkt. 63 | Dkt. 65 |
| 20 | Fosen Man | Dkt. 25 | Dkt. 63 | Dkt. 65 |
| 22 | Georgy's Store | Dkt. 25 | Dkt. 63 | Dkt. 65 |
| 24 | Hairsmile | Dkt. 25 | Dkt. 63 | Dkt. 65 |
| 26 | Judi Shop | Dkt. 25 | Dkt. 63 | Dkt. 65 |
| 27 | Kosmasl | Dkt. 25 | Dkt. 63 | Dkt. 65 |
| 31 | Lanmpu Creative | Dkt. 25 | Dkt. 63 | Dkt. 65 |
| 32 | MKLOPED | Dkt. 25 | Dkt. 63 | Dkt. 65 |
| 34 | Mokshee Mokshee/Donop | Dkt. 25 | Dkt. 63 | Dkt. 65 |
| 35 | MyBeautyCC | Dkt. 25 | Dkt. 63 | Dkt. 65 |
| 37 | NewPollar | Dkt. 25 | Dkt. 63 | Dkt. 65 |
| 39 | Olungts US | Dkt. 25 | Dkt. 63 | Dkt. 65 |
| 40 | Puck Du/SmartGo | Dkt. 25 | Dkt. 63 | Dkt. 65 |
| 41 | PUTOS | Dkt. 25 | Dkt. 63 | Dkt. 65 |
| 44 | SunNatural/SunNature | Dkt. 25 | Dkt. 63 | Dkt. 65 |
| 45 | Turritopsis nutricula | Dkt. 25 | Dkt. 63 | Dkt. 65 |
| 46 | Ukliss Beauty | Dkt. 25 | Dkt. 63 | Dkt. 65 |

| | | | | |
|---|---|---|---|---|
| 47 | Wsduos | Dkt. 25 | Dkt. 63 | Dkt. 65 |
| 48 | Yara-Yarn | Dkt. 25 | Dkt. 63 | Dkt. 65 |
| 51 | Noledo | Dkt. 60 | Dkt. 63 | Dkt. 65 |
| 52 | nantongaotaiguoji Trading Co Ltd | Dkt. 60 | Dkt. 63 | Dkt. 65 |
| 53 | Beskol | Dkt. 60 | Dkt. 63 | Dkt. 65 |
| 54 | Chunhet | Dkt. 60 | Dkt. 63 | Dkt. 65 |
| 55 | Funny Fala | Dkt. 60 | Dkt. 63 | Dkt. 65 |
| 56 | Huixin Economic | Dkt. 60 | Dkt. 63 | Dkt. 65 |
| 57 | NeSexy | Dkt. 60 | Dkt. 63 | Dkt. 65 |
| 58 | Samantha Bowen | Dkt. 60 | Dkt. 63 | Dkt. 65 |
| 60 | Vanylihair | Dkt. 60 | Dkt. 63 | Dkt. 65 |
| 61 | YokEnjoy | Dkt. 60 | Dkt. 63 | Dkt. 65 |
| 75 | BEAUTYDESIGN | Dkt. 25 | Dkt. 63 | Dkt. 65 |
| 78 | S*SHOME | Dkt. 25 | Dkt. 63 | Dkt. 65 |