# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALAVERA HAIR PRODUCTS, INC., <br><br>Plaintiff,<br><br>v.<br><br>TAIZHOU YUNSUNG ELECTRICAL APPLIANCE CO., LTD. et al.,<br><br>Defendants. | Case No.: 3:18-cv-00823-RBM-JLB <br><br>**VERDICT FORM** |

DATE: January 11, 2023

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

# FINDINGS ON PATENT INFRINGEMENT CLAIMS

## 1. Direct Infringement

    a. Has Plaintiff proven that it is more likely than not that Defendant directly infringed Plaintiff's patents?

    Yes ☒   No ____

# FINDINGS ON PATENT INFRINGEMENT DAMAGES (IF APPLICABLE)

If you answered question 1 "yes," proceed to answer the remaining questions in this section (questions 2 and 3). If you answered question 1 "no," skip to question 4.

**Lost Profits**

    2. What lost profits, if any, did Plaintiff show it more likely than not suffered as a result of sales that it would with reasonable probability have made but for Defendant's patent infringement?

    $ ███████████████ [redacted]

**Reasonable Royalty**

    3. For those infringing sales for which Plaintiff has not proved its entitlement to lost profits, what has it proved it is entitled to as a reasonable royalty for Defendant's past sales?

    A one-time payment of $ ____∅____ for Defendant's past sales.

# FINDINGS ON COPYRIGHT INFRINGEMENT CLAIMS

## 4. Direct Infringement – Packaging

    a. Has Plaintiff proven that it is more likely than not: (i) Plaintiff is the owner of a valid copyright in its packaging; and (ii) Defendant copied original

expression from the copyrighted work or otherwise violated any of the exclusive rights of a copyright?

Yes _✗_ No ____

Go to question 5.

### 5. Direct Infringement – Instruction Manual

a. Has Plaintiff proven that it is more likely than not: (i) Plaintiff is the owner of a valid copyright in its instruction manual; and (ii) Defendant copied original expression from the copyrighted work or otherwise violated any of the exclusive rights of a copyright?

Yes _✗_ No ____

## FINDINGS ON COPYRIGHT INFRINGEMENT DAMAGES (IF APPLICABLE)

If you answered question 4 or 5 "yes," proceed to answer the remaining questions in this section (questions 6, 7, 8, 9). If you answered question 4 or 5 "no," do not answer the remaining questions and proceed to the end of the verdict form.

**Actual Damages**

6. Has Plaintiff proven that it is more likely than not Plaintiff suffered actual damages as a result of Defendant's copyright infringement of its packaging and/or manual?

Yes _✗_ No ____

7. If you answered question 6 "yes," please state the amount of actual damages Plaintiff has proven it suffered as a result of Defendant's copyright infringement of its packaging and/or instruction manual.

$ ___∅___

**Statutory Damages**

8. If you find that that more likely than not Defendant directly infringed Plaintiff's copyright for Plaintiff's packaging, select the appropriate range for copyright statutory damages by checking the appropriate box and stating the amount of statutory damages for all infringements of Plaintiff's packaging:

    \_\_\_\_ Standard ($750 to $30,000) in the amount of $ _____

    _X_ Willful ($750 to $150,000) in the amount of $ ▮▮▮▮▮▮▮▮▮▮

    \_\_\_\_ Innocent ($200 to $30,000) in the amount of $ _____

9. If you find that that more likely than not Defendant directly infringed Plaintiff's copyright for Plaintiff's instruction manual, select the appropriate range for copyright statutory damages by checking the appropriate box and stating the amount of statutory damages for all infringements of Plaintiff's instruction manual:

    \_\_\_\_ Standard ($750 to $30,000) in the amount of $ _____

    _X_ Willful ($750 to $150,000) in the amount of $ ▮▮▮▮▮▮▮▮▮▮

    \_\_\_\_ Innocent ($200 to $30,000) in the amount of $ _____

Continue to question 10.

### PATENT INFRINGEMENT – SECONDARY LIABILITY

**10. Contributory Infringement**

  a. Has Plaintiff proven that it is more likely than not: (i) that a Direct Infringer infringed Plaintiff's patent; (ii) that Defendant supplied an important component of the infringing part of the product; (iii) that the component was not a common component suitable for non-infringing use; and (iv) that Defendant supplied the component with knowledge of the patent and knowledge that the component was especially made or adapted for use in an

```
 1          infringing manner?
 2          Yes  X  No ____
 3
 4  Continue to question 11.
 5
 6      11. Inducing Infringement
 7          a. Has Plaintiff proven that it is more likely than not: (i) that a Direct Infringer
 8             infringed Plaintiff's patent; (ii) that Defendant took action that actually
 9             induced that infringement by a Direct Infringer; and (iii) that Defendant was
10             aware of the patent and believed that its actions would encourage
11             infringement of a valid patent, or alternatively that it was willfully blind as
12             to whether its actions would encourage infringement of the patent?
13          Yes  X  No ____
14
15  Continue to question 12.
16
17              COPYRIGHT INFRINGEMENT – SECONDARY LIABILITY
18
19      12. Contributory Infringement – Packaging
20          a. Has Plaintiff proven that it is more likely than not: (i) Defendant knew or
21             had reason to know of the infringing activity of others on Amazon.com
22             regarding the packaging for FASIZ, LESCOLTON, HAIR TRIMMER or
23             UMATE split end hair trimmer products; and (ii) Defendant intentionally
24             induced or materially contributed to the infringing activity of others on
25             Amazon.com regarding the packaging for FASIZ, LESCOLTON, HAIR
26             TRIMMER or UMATE split end hair trimmer products?
27          Yes  X  No ____
28
```

Continue to question 13.

**13. Contributory Infringement – Instruction Manual**

    a. Has Plaintiff proven that it is more likely than not: (i) Defendant knew or had reason to know of the infringing activity of others on Amazon.com regarding the instruction manual for FASIZ, LESCOLTON, HAIR TRIMMER or UMATE split end hair trimmer products; and (ii) Defendant intentionally induced or materially contributed to the infringing activity of others on Amazon.com regarding the instruction manual for FASIZ, LESCOLTON, HAIR TRIMMER or UMATE split end hair trimmer products?

    Yes _X_ No ____

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Bailiff that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

DATE: January 11, 2023

By: █████████████████ _____