| | |
|---|---|
| 1 | Darren J. Quinn (149679) |
| | LAW OFFICES OF DARREN J. QUINN |
| 2 | 12702 Via Cortina, Suite 105 |
| | Del Mar, CA 92014 |
| 3 | Tel: (858) 509-9401 |
| 4 | Jonah A. Grossbardt (283584) |
| | SRIPLA, P.A. |
| 5 | 1801 Century Park E, Suite 1100 |
| | Los Angeles, CA 90067-2313 |
| 6 | Tel: (323) 364-6565 |
| 7 | *Attorneys for Plaintiff Talavera Hair Products, Inc.* |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TALAVERA HAIR PRODUCTS, INC., a Nevada corporation, | CASE NO. **18-cv-00823-JLS-JLB** |
| Plaintiff, | **NOTICE OF MOTION AND MOTION FOR PERMANENT INJUNCTION AFTER JURY TRIAL** |
| v. | |
| TAIZHOU YUNSUNG ELECTRICAL APPLIANCE CO., LTD., a business entity, and THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON EXHIBIT "1", | Judge: Ruth Bermudez Montenegro |
| | Date: May 8, 2023 |
| | Time: NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT |
| Defendants. | Courtroom: 5B |
| | Edward J. Schwartz |
| | U.S. Courthouse |
| | 221 West Broadway |
| | San Diego, CA 92101 |

1    PLEASE TAKE NOTICE THAT for briefing purposes, plaintiff has set a
2    motion hearing date of **Monday, May 8, 2023**, but NO ORAL ARGUMENT
3    UNLESS ORDERED BY THE COURT per the Civil Chamber Rules of the Hon.
4    Ruth Bermudez Montenegro ("Chamber Rules").

5    Plaintiff TALAVERA HAIR PRODUCTS, INC. ("TALAVERA" or
6    "Plaintiff") moves the court for a permanent injunction against defendant
7    TAIZHOU YUNSUNG ELECTRICAL APPLIANCE CO., LTD ("TAIZHOU"),
8    and its officers, agents, servants, employees and attorneys (and all persons who are
9    in active concert or participation with any of them) pursuant to 17 U.S.C. §§502-
10   503 (copyright), 35 U.S.C. §283 (patent) and Fed. R. Civ. Proc. 65.

11   This Motion is and will be based upon this Notice of Motion and Motion,
12   the concurrently filed Memorandum of Points and Authorities, the concurrently
13   filed declaration in support hereof, testimony at trial, all pleadings and papers on
14   file in this action, all matters of which the Court takes judicial notice, and such
15   other matters as may be presented to the Court at the time of the hearing.

16   Prior to filing this motion, plaintiff's attorney attempted to comply with
17   Chamber Rules §III.A for seven days.  On  Thursday, March 30, 2023, plaintiff's
18   counsel (1) sent an email to Tony Liu (counsel for defendant TAIZHOU) attaching
19   the proposed Permanent Injunction After Jury Trial and the Declaration of Victor
20   Talavera In Support of Permanent Injunction After Trial  Plaintiff; (2) left a voice
21   mail on his work phone; (3) left a voice mail on his cell phone; and (4) sent a text
22   to his cell phone.  Plaintiff's counsel followed up on Friday, March 31, Monday,
23   April 3, Tuesday, April 4 and Wednesday, April 5, 2023 by: (1) sending follow-up
24   emails; (2) sending follow-up texts; (3) leaving follow-up voice mails on his work
25   phone; (4) leaving follow-up voice mails on his cell phone.  On April 5, 2023,
26   plaintiff's counsel (Darren Quinn) spoke with defendant's counsel (Tony Liu) who
27   stated that he was not authorized to do further work now that the trial has concluded.
28

Dated: April 5, 2023

Respectfully submitted,

LAW OFFICES OF DARREN J. QUINN
DARREN J. QUINN

_s/s/ Darren J. Quinn_
Darren J. Quinn

12702 Via Cortina, Suite 105
Del Mar, CA 92014
Tel: (858) 509-9401

SRIPLA, P.A.
JONAH A. GROSSBARDT
1801 Century Park E, Suite 1100
Los Angeles, CA 90067-2313
Tel: (323) 364-6565

*Attorneys for Plaintiff Talavera Hair Products, Inc.*

Case 3:18-cv-00823-RBM-JLB   Document 161   Filed 04/05/23   PageID.5415   Page 4 of 4

# PROOF OF SERVICE

I hereby certify that I electronically filed the following documents(s) with the Clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF system:

– **NOTICE OF MOTION AND MOTION FOR PERMANENT INJUNCTION AFTER JURY TRIAL**

– **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PERMANENT INJUNCTION AFTER JURY TRIAL**

– **DECLARATION OF VICTOR TALAVERA IN SUPPORT OF PERMANENT INJUNCTION AFTER JURY TRIAL**

– **PERMANENT INJUNCTION AFTER JURY TRIAL**

Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

Jonah Adam Grossbardt
jonah.grossbardt@sriplaw.com,paralegals@sriplaw.com,docket@sriplaw.com,4682945420@filings.docketbird.com,joel.rothman@sriplaw.com

Tony Liu
tLiu@FocusLawLA.com

Darren James Quinn
dq@dqlaw.com,dquinn@quinnattorney.com

Manual Notice List
The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

(No manual recipients)

Dated:     April 5, 2023                              s/s Darren J. Quinn
                                                     Darren J. Quinn