



**Package 1**

Hair Split Ends Trimmer 3
Automatic Split End Remover
Damaged Hair Repair Hair ...
Trimmer

$21.92
AliExpress.com
Free delivery

Hair Trimmer Split End Remover
Dry Damaged and Brittle
Professional Automatic ...
Women's · Trimmer

$7.99
AliExpress.com
Free delivery

Split Ender Pro Cordless Split End
Hair Trimmer (Black)
4.5 ★★★★★ 331
For Haircuts · Unisex

$209.95
Amazon.com - Seller
Free delivery
✅ Trusted store

Compare prices from 5+ stores

Split Ender Mini Split End Hair
Trimmer - Blue
3.2 ★★★★★ 4
For Haircuts · Women's

$89.95
Amazon.com - Seller
Free delivery
✅ Trusted store

Compare prices from 5+ stores

Nanxi Led Hair Trimmer Usb Split
End Cutter Hair and Beard
Trimmer Hair Cutting ...
For Beard & Mustache

$35.21
Walmart - guangzhoushihuanandian...
Free delivery



Split End Trimmer Split Enders
Hair Split Ends Trimmer
Automatic Split End ...
Trimmer

$19.23
AliExpress.com
Free delivery

Remington T-Series Detail
Trimmer, Ultimate Precision
4.4 ★★★★★ 1
For Ears · For Nose · Men's

$17.96
Amazon.com
$5.99 delivery
✅ Trusted store · 4.6/5 ★ (3.1K)

Compare prices from 10+ stores



Split End Trimmer Split Ender
Split End Hair Split Ends Trimmer
Hair Bifurcated ...
Trimmer

$25.99
AliExpress.com
Free delivery

Zero Gapped Cordless Hair
Clipper for Men Professional Split
End Trimmer Barber ...
For Beard & Mustache

$10.00
AliExpress.com
Free delivery



Hair Split Ends Trimmer Charging
Professional Hair Cutter Smooth
End Cutting ...
For Haircuts · Cordless

$18.09
AliExpress.com
$1.00 delivery

Split Hair Trimmer for Dry
Damaged and Brittle Automatic
Split Ends Remover ...
Cordless · Trimmer

$28.20
AliExpress.com
Free delivery



Hair Split Ends Trimmer Charging
Cordless · Trimmer

$100.00
eCrater - tamara91
Free delivery



Professional Split Ends Hair Trimmer USB Charging Hair Clipper Solve Ends Smooth ...

For Haircuts · Cordless

**$26.17**
AliExpress.com
$2.92 delivery



Professional Split End Trimmer for Men and Women Hair Cutter Smooth End Cutting ...

For Haircuts · Unisex

**$25.50**
AliExpress.com
Free delivery



Professional Hair Split Ends Trimmer USB Charging Hair Cutter Smooth End Cutting ...

For Haircuts · Cordless

**$26.50**
AliExpress.com
Free delivery



AIKIN HTC Rechargeable Hair Clipper for Men Lithium Battery Zero Gapped Facial ...

For Haircuts · Men's

**$15.34**
AliExpress.com
Free delivery



Professional Split Ends Trimmer Charging Hair Cutter Smooth End Cutting Clipper ...

For Haircuts · Cordless

**$27.30**
AliExpress.com
Free delivery



Professional Hair Split Ends Trimmer Charging Hair Cutter Smooth End Cutting ...

For Haircuts · Cordless

**$27.42**
AliExpress.com
Free delivery



Panasonic - Men's Body Groomer and Trimmer with 2 Comb Attachments - Black/Silver

4.4 ★★★★★ 224

For Body · Men's · Kit

**$58.80**
Amazon.com
Free delivery
✔ Trusted store · 4.6/5 ★ (3.1K)

Compare prices from 5+ stores

Split End Trimmer hair straightener Split Remover Dry Damaged and Brittle ...

Women's · Trimmer

**$24.88**
AliExpress.com
Free delivery



Perfectly Trim Off Hair Split Ends with Positioning Comb Attachment Clipper Tool ...

**$6.60**
Walmart - Joybuy
Free delivery
✔ Trusted store



Professional Split Ends Hair Trimmer Automatic Trim Cordless Cutting Wireless ...

Cordless · Trimmer

**$26.84**
AliExpress.com
Free delivery

Split Ender Pro2 Fix Breakage, for All Hair Type, Split End Hair Trimmer - Red

Unisex · Trimmer · Red

**$129.95**
Bonanza - Split-Ender Pro
Free delivery



Hair with Positioning Off Split Ends Comb Hair ...

For Haircuts · Men's

**$17.00**
Walmart - Best Amazonian acai LLC
Free delivery

Suttik Professional Hair Trimmer for Barber, Beard Trimmer for Men, T-blade Hair ...
4.7 ★★★★★ 6
For Body · For Haircuts

$29.99
Amazon.com · Seller
Free delivery
✔ Trusted store

Compare prices from 10+ stores

Split Ender Pro Black
5.0 ★★★★★ 1
For Haircuts · Unisex

$180.00
eBay
Free delivery

🛒 Quick checkout



USB Rechargeable Split Hair Trimmer Hair Trimming Straightener Clipper Split Ends ...
For Haircuts · Cordless

$30.16
AliExpress.com
Free delivery



Split Ender Pro2 Black
4.2 ★★★★★ 19
For Haircuts · Cordless

$309.95
eBay · haarkosmetik24
$34.13 delivery

🛒 Quick checkout



Portable Automatic Hair Trimmer Split Ends Removal Dry Damaged Brittle Home Hair ...
For Haircuts · Clipper

$36.19
AliExpress.com
Free delivery

BANGMENG Hair Cutter Comb,Sharp Hair Razor Comb,Split Ends Hair
4.6 ★★★★★ 9

$7.99
Walmart · BANGMENG
$6.99 delivery



Wahl Carbon Steel Clipper for Men Professional Hair Timmer Magic Clip Cordless ...
Men's · Cordless

$18.49
AliExpress.com
$16.77 delivery



Split End Remover Hair Trimmer Charging Hair Clipper Professional Hair Cutter ...
For Haircuts · Cordless

$27.46
AliExpress.com
Free delivery



Hsmqhjwe Men's Haircut Kit Perfectly Ends Comb Hair with Positioning Tool Trim ...
For Haircuts · Men's · Kit

$10.22
Walmart · Shenzhenshi Shenghelakeji...
$2.11 delivery



Hair Split End Remover 5ml Electric Hair Clippers Household Adult
For Haircuts · For Nose

$27.79
eBay · dunwant2
Free delivery

🛒 Quick checkout



Split Ender - New Beauty | Color: Black

$120.00
Mercari
$12.30 delivery

LOW PRICE

BANGMENG Hair Cutter Comb Shaper Hair Razor with Comb Split Ends Hair Trimmer ...
4.6 ★★★★★ 9

$7.99
$3.83 below typical
Amazon.com · Seller
$5.99 delivery
✔ Trusted store

Compare prices from 5+ stores









| | | | |
|---|---|---|---|
| Wahls Designer split end trimmer Trimmes Adult split end trimmerdresser Electric ... | Wholesale Hair Clippers Trimmer, 2 Pieces, Cordless Rechargeable Hair Cut New ... | 4pcs Security Self-Service Barber Peach Heart Remove The Split Ends Hair Clipper ... | Surrogate Shopping Asplittool Hair Split Trimmer Automatic Hairdressing Knife ... |
| For Haircuts · Clipper | For Haircuts · Men's · Kit | | |
| $138.45 | $23.14 | $8.65 | $88.00 |
| DHgate online store | Alibaba.com | Walmart - shang hai long li wang luo ... | AliExpress.com |
| Free delivery | $23.92 delivery | Free delivery | $31.58 delivery |









| | | | |
|---|---|---|---|
| Wahls Designer split end trimmer Trimmes Electric split end trimmerdresser Wall ... | Follure Haircut Machine Rechargeable -Trimmer Hair for USB Electric Small ... | Wahls Designer split end trimmer Trimmes Electric Wall Adult split end ... | Philips Trimmer, All-in-One, Multigroom 5000 |
| For Haircuts · Clipper | Men's · Cordless · Black | For Haircuts · Clipper | 4.4 ★★★★☆ 3,415 |
| | | | For Body · For Ears · Men's |
| $131.74 | $32.60 | $112.70 | $39.49 |
| DHgate online store | Walmart · Joybuy | DHgate online store | Amazon.com - Seller |
| Free delivery | Free delivery | Free delivery | Free delivery |
| | ✓ Trusted store | | ✓ Trusted store |
| | | | Compare prices from 10+ stores |







| | | | |
|---|---|---|---|
| Microtouch Titanium Trim | Trimmer for Men by Supreme Trimmer - ST5200 Professional Barber Hair Trimmer ... | Women Split End Hair Trimmer Cordless Hair cutting machine Remover Dry Damaged ... | USB Rechargeable Split Hair Trimmer Hair Trimming Straightener Split Ends Cutter ... |
| 3.3 ★★★☆☆ 294 | 5.0 ★★★★★ 6 | Women's · Cordless · Trimmer | Cordless · Trimmer |
| For Body · For Haircuts | For Beard & Mustache | | |
| $29.99 | $39.95 | $27.29 | $28.06 |
| CVS Pharmacy | Amazon.com - Seller | AliExpress.com | AliExpress.com |
| $5.49 delivery | Free delivery | Free delivery | Free delivery |
| ✓ Trusted store · 4.5/5 ★ (329) | ✓ Trusted store | | |
| Compare prices from 10+ stores | Compare prices from 5+ stores | | |

Deals related to your search

**SALE**

Htovila Hair Cutter Professional Hair Trimmer Men Rechargeable Electric Powerful ...

**$13.23** · Was $23.98
Walmart - World Deal
Free delivery

**SALE**

Microtouch Titanium Trim

3.3 ★★★☆☆ 294

**$20.00** · Was $25.00
eBay - roanokecc
Delivery by Fri, Apr 7

**SALE**

Wahl HomeCutCombo HomeCut Combo

4.5 ★★★★★ 152

**$17.59** · Was $21.99
eBay - specialfinds20
Delivery by Fri, Apr 7

**SALE**

Electric Hair Trimmer Self-Cut Haircutting Kit USB Charging Slicked-back Hair ...

**$27.55** · Was $43.13
Walmart - US DEALS
Free delivery

**SALE**

Styleader Hair Trimmer for Men, Women, Kids, Rechargeable Clippers, Red

**$27.99** · Was $39.99
Amazon.com - Seller
Free delivery

**SALE**

Aibecy Battery Display Hair Cutter Professional USB Hair Trimmer Men Rechargeable ...

**$14.09** · Was $21.59
Walmart - Superior Central
Free delivery

**SALE** ss Steel Blade for Fast Cu
Quick Haircut & Delicate Trim

MOTLATA Professional Hair Clipper for Men Electric Hair Trimmer T-Blade Trimmer ...

**$51.47** · Was $65.99
Amazon.com - Seller
Free delivery

**SALE**

VGR Multifunction Beard, Hair Clipper Trimmer Combs, Professional Grooming Kit ...

**$26.95** · Was $39.95
Walmart - Luckybay Inc
Free delivery

View more ⌄

Filter by used for



For Haircuts | For Beard & Mustache | For Body | For Nose | For Ears | For Eyebrows

You might like



Men's | Clipper | Electric Razor | Trimmer | Stainless Steel | Gold | Silver | Red

Sponsored · Shop men's split end hair trimmer



| Split Ender PRO2 Trimmer For Dry, Damaged and... | Cordless Split End Hair Trimmer | MicroTouch Titanium Head Shaver | The Faste... | Talavera Split-Ender PRO Cordless Split End and Damaged... | Talavera Split-Ender Mini Cordless Split End and Damaged... | split end trimmer Trimmes Outlet Designer Wahlsspl... |
|---|---|---|---|---|---|
| $149.95 | $159.99 | $59.98 | $199.95 | $79.95 | $112.70 |
| Talavera Hair Prod... | SharperImage | Official Titanium H... | ProStylingTools.co... | ProStylingTools.co... | DHgate online store |
| Free shipping | ★★★★★ (331) | Free shipping | Free shipping | Free shipping | Free shipping |
| Special offer | Special offer | | Special offer | Special offer | |



Stay in the loop with Google Shopping
Subscribe to emails to find out when sales and deals happen

[Subscribe]



Gooooooogle   >
1  2  3  4  5  6  7  8   Next